### *Shuter* v. *Richard S. Hallett.*

A VERDICT had been obtained, in this cause, against the defendant, on which a case had been made, and a judge's certificate of probable cause duly granted.

*D. A. Ogden,* on an affidavit by the plaintiff stating his fear of losing his debt, from the circumstances of the defendant, moved to have the amount recovered brought into court.

*Pendleton,* contra, cited *Hallett* v. *Cotton, ante,* p. 150.

*Per Curiam.* The practice of the court has never been according to the application. It would be often oppressive, and amount to a denial of right, as the defendant may not be able to comply with the condition, yet have a complete defence to the suit.